JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOE LONG,<br>Petitioner,<br>v.<br>GEORGE JAIME, Warden,<br>Respondent. | Case No. 2:19-cv-07398-FMO (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing the Petition,

IT IS ADJUDGED that the Petition is dismissed for failure to state a cognizable claim for federal habeas relief.

DATED: November 1, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE